UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO.: 07-CIV-60749 COOKE/BROWN

ROBERT SHAVE,

      Plaintiff,

vs.

STANFORD FINANCIAL GROUP, INC.

      Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Robert Shave, by and through his undersigned counsel, hereby files this Notice of Voluntary Dismissal of the Complaint without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted by:

By: /s/ Scott L. Silver_____                                   Date: September 28, 2007
    Scott L. Silver, Esq.
    Fla. Bar No. 095631
    BLUM & SILVER, LLP
    Attorneys for Plaintiff
    12540 W. Atlantic Blvd.
    Coral Springs, FL 33071
    Telephone: (954) 255-8181
    Facsimile:  (954) 255-8175
    silver@stockattorneys.com

- 2 -

## ATTORNEY'S CERTIFICATION AS TO SERVICE

I HEREBY CERTIFY that the foregoing document was filed using the Court's CM/ECF system and was served this 28th day of September, 2007, upon counsel via the CM/ECF system.


/s/ Scott L. Silver
Scott L. Silver