UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-60749-CIV-COOKE/BROWN

ROBERT SHAVE,

    *Plaintiff*,

v.

STANFORD FINANCIAL GROUP, INC.,

    *Defendant*.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal [D.E. 24], filed on September 28, 2007. Having reviewed the Notice and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk shall close this case.

3. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of September 2007.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Stephen T. Brown*
*All counsel of record*